

FILED
2007 Mar-08 PM 03:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **MOTOWN RECORD COMPANY, L.P.;** ) <br> **UMG RECORDINGS, INC.; SONY** ) <br> **BMG MUSIC ENTERTAINMENT;** ) <br> **FONOVISA, INC.,** ) <br>   ) <br>   **Plaintiffs,** ) <br>   ) <br> **vs.** ) <br>   ) <br> **ADRIAN LOZANO,** ) <br>   ) <br>   **Defendant.** ) | **CV 06-B-0988-NE** |

### FINDINGS AND CONCLUSIONS

This case is before the court on plaintiffs' Application for Entry of Default Judgment and supporting Declaration, (doc. 6),[1] in favor of plaintiffs and against defendant Adrian Lozano. Pursuant to Rule 55, Federal Rules of Civil Procedure, the court makes the following findings and conclusions:

1. Plaintiffs properly served the Summons and Complaint upon defendant Adrian Lozano on July 7, 2006. To date, defendant has failed to appear, plead, or otherwise defend.

2. The Declaration of Tyrell Jordan, plaintiffs' counsel, states, upon information and belief, that defendant is not an infant or incompetent, and he is not in the military. (Doc. 6, Att. ¶ 5.)

3. In their well-pleaded Complaint, plaintiffs allege that defendant infringed upon

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.

their copyrights to ten recordings. Because defendant has failed to defend against these allegations and is in default, the court finds that he has admitted such facts and his liability based on those allegations establish his liability for ten copyright infringements. *See Nishimatsu Const. Co., Ltd. v. Houston Nat. Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975), *cited in Cotton v. Massachusetts Mut. Life Ins. Co.*, 402 F.3d 1267, 1278 (11th Cir. 2005).

4. Plaintiffs have elected to recover the minimum statutory damages, which is $750.00, for each of the ten copyright infringements for a total sum of $7500.00. A judgment in favor of plaintiffs and against defendant for the sum of $7,500.00 will be entered contemporaneously with these Findings and Conclusions.

5. Plaintiffs have established their right to a permanent injunction. An Order enjoining defendant from further violating plaintiffs' copyrights will be entered contemporaneously with this order.

The Clerk of the Court is **DIRECTED** to serve defendant with a copy of these Findings and Conclusions at the following address:

> Adrian Lozano
> 1303 Elm Street, Lot 3
> Athens, Alabama 35611

**DONE**, this the 8th day of March, 2007.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE